# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: July 19, 2007)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Status Report (JSR), filed on July 16, 2007. The JSR describes settlement and other activities of the parties and proposes that the parties file a Joint Status Report every forty-five days informing the court of their progress in resolving the case. The parties SHALL FILE Joint Status Reports every forty-five days as proposed, beginning with the next business day forty-five days after July 19, 2007. The parties are scheduled to meet with the court in a Telephonic Status Conference at 2:30 p.m. Eastern Daylight Time on August 22, 2007, at which time the parties will provide additional details on the matters discussed in the JSR, including the prospect for the successful resolution of the issues described in Part III of the JSR.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge