# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: July 23, 2007)

| | |
|---|---|
| JOHN W. BULL, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On June 28, 2007, the court ordered that this case be reopened. Pursuant to that Order, the Clerk of the Court is directed to REMOVE the "stayed" flag on this case.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge