IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN W. BULL, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-56C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, the defendant, the United States, respectfully submits this unopposed motion for an extension of time of twenty two (22) days, until September 4, 2007, in which to file a response to the plaintiffs' application for attorneys fees and bill of costs, filed on July 13, 2007. The defendant's responses are currently due on Monday, August 13, 2007. This is the defendant's first request for an extension of time for this purpose. On August 9, 2007, counsel for the defendant spoke with Mr. Kern, attorney for the plaintiffs, who stated that he did not oppose this motion.

This motion is requested to allow the parties further time to determine whether the plaintiffs' application for attorneys' fees and costs can be resolved amicably and without further court involvement. Counsel for the parties have informally discussed the possibility of resolution of the two applications. An extension of time of twenty-two days would allow counsel to determine whether or not settlement of these matters may be feasible.

Accordingly, the defendant respectfully requests that this Court grant it an extension of time of twenty-two (22) days in which to respond to the plaintiffs' bill of costs and application for attorneys fees.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., attn: 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

August 10, 2007

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on August 10, 2007, a copy of the foregoing "Defendant's Unopposed Motion for an Extension of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan