# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: August 20, 2007)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Extension of Time (Motion), filed on August 10, 2007. For the reasons stated therein, the Motion is GRANTED. Defendant has up to and including September 4, 2007, to file a response to plaintiffs' application for attorneys' fees and bill of costs.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge