# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: August 22, 2007)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the telephonic status conference held on Wednesday, August 22, 2007, a telephonic status conference shall be held on Thursday, September 6, 2007 at 2:00 p.m. EDT. A Sprint operator will initiate the call.

The parties shall continue to file Joint Status Reports every forty-five days as previously ordered by the court. See Order of July 19, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge