# In the United States Court of Federal Claims

No. 01-56C

(E-Filed: September 6, 2007)

JOHN W. BULL, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Second Unopposed Motion for an Extension of Time (Motion), filed September 4, 2007. For the reasons stated therein, the Motion is GRANTED. Defendant has up to and included September 25, 2007, to file a response to plaintiffs' application for attorneys' fees and bill of costs.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge