# In the United States Court of Federal Claims

No. 01-56C

(E-Filed: September 6, 2007)

| | |
|---|---|
| | ) |
| JOHN W. BULL, ET AL., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

Further to the telephonic status conference held on Thursday, September 6, 2007, a telephonic status conference shall be held on Friday, October 5, 2007 at 11:00 a.m. EDT. A Sprint operator will initiate the call.

The parties shall continue to file Joint Status Reports, with the next due October 4, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge