IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN W. BULL, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-56C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's September 6, 2007 order, the parties respectfully submit this Joint Status Report informing the Court of the parties' progress and proposals for further proceedings in anticipation of the telephonic status conference on October 5, 2007.

Since the last status conference with the Court, the parties have continued to work expeditiously to resolve all remaining issues. Specifically, counsel for the plaintiffs has completed almost all spreadsheets outlining damages for the remaining plaintiffs and has submitted those to defendant's counsel for review. In turn, defendant's counsel has reviewed most of those spreadsheets in anticipation of reaching an amicable resolution to the remaining claims.

Counsel for both parties have also discussed issues of potential dispute with respect to the plaintiff's application for attorney fees and bill of costs and are engaged in fruitful discussions as to how to resolve those disagreements. Counsel for the parties believe that they will be able to resolve those issues shortly without need of any Court involvement.

Counsel for the parties have discussed potential terms of settlement and believe that they will be able to reach agreement on the terms of a potential settlement. Based on

counsels' schedules and other obligations, the parties intend to agree on the terms of any potential settlement by October 26, 2007. Following that, counsel for the defendant will then submit her recommendation to the Attorney General's designated representative with the ultimate settlement authority.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Kirk Manhardt

KIRK MANHARDT
Assistant Director

S/David L. Kern

DAVID L. KERN
Kern Law Firm, PC
1300 N. El Paso St.
El Paso, TX 79902
Tele: (915) 542-1900
Fax: (915) 242-0000

Attorney for Plaintiffs

S/Tara K. Hogan

TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., attn: 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

October 4, 2007

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on October 4, 2007, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan