# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: October 5, 2007)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court held a telephonic status conference on October 5, 2007, as scheduled by the court's order dated September 6, 2007. See Order of Sept. 6, 2007. The Sprint Operator was unable to reach plaintiffs' counsel, Mr. Kern. The court scheduled another telephonic status conference to be held on Tuesday, October 30, 2007 at 11:00 a.m. EDT at which the parties are expected to discuss the exact procedures for approving the settlement agreement. A Sprint operator will initiate the call.

The parties shall continue to file Joint Status Reports every forty-five days as previously ordered by the court. See Order of July 19, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge