# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: October 30, 2007)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Pursuant to the telephonic status conference held by the court on October 30, 2007, the court shall hold another telephonic status conference on Monday, November 5, 2007 at 11:00 a.m. EST. A Sprint operator will initiate the call.

The parties shall continue to file Joint Status Reports every forty-five days as previously ordered by the court. See Order of July 19, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge