# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: November 5, 2007)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Pursuant to the telephonic status conference held by the court on November 5, 2007, the court shall hold another telephonic status conference on Monday, November 19, 2007 at 11:00 a.m. EST. A Sprint operator will initiate the call.

The parties shall not be required to file further Joint Status Reports. See Order of July 19, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge