# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: November 19, 2007)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Pursuant to the telephonic status conference held by the court on November 19, 2007, the court shall hold another telephonic status conference on Monday, December 3, 2007 at 11:00 a.m. EST. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge