# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: December 11, 2007)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Pursuant to the telephonic status conference held by the court on December 10, 2007, the court shall hold another telephonic status conference on Thursday, December 13, 2007 at 11:00 a.m. EST. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge