# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: December 13, 2007)

| | |
|---|---|
| JOHN W. BULL, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pursuant to the telephonic status conference held by the court on December 13, 2007, the court shall hold another telephonic status conference on Thursday, December 20, 2007 at 11:00 a.m. EST. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge