# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: December 21, 2007)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Pursuant to the informal telephonic status conference held by the court on December 21, 2007, the court shall hold another telephonic status conference on Wednesday, January 2, 2008 at 4:00 p.m. EST. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge