# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: January 9, 2008)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Pursuant to the informal telephonic status conference held by the court on January 9, 2008, the court shall hold another telephonic status conference on Wednesday, January 16, 2008 at 4:00 p.m. EST and, if necessary, another telephonic status conference on Wednesday, January 23, 2008 at 2:00 p.m. EST. A Sprint operator shall initiate the calls.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge