# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: January 16, 2008)

JOHN W. BULL, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Pursuant to the informal telephonic status conference held by the court on January 16, 2008 and further to the court's order of January 9, 2008, see Order dated Jan. 9, 2008, the court shall hold another telephonic status conference on Wednesday, January 23, 2008 at 2:00 p.m. EST. A Sprint operator shall initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge