**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN BULL, et al,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 01-56C**<br>**Judge Hewitt** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**ORDER APPROVING SETTLEMENT AND AWARDING FEES AND COSTS**

This matter came before the Court on the Joint Motion of plaintiffs, John Bull, et al., and defendant, the United States ("Joint Motion") seeking approval of the Settlement Agreement attached as Exhibit A to the parties' Joint Motion. The Court has considered all papers filed and, good cause appearing, the following is hereby Ordered, Adjudged, and Decreed by the Court:

1. The parties' Joint Motion for approval of the settlement, filed January 29, 2008, is granted and the settlement is approved;
2. Statutory attorney fees and costs are awarded pursuant to 29 U.S.C. § 216(b) in the following amounts as reasonable, necessary, fair, and appropriate compensation to plaintiffs' attorneys for their services on behalf of the plaintiffs in this litigation:

   a. Kern Law Firm – Fees: $1,360,656.25; Costs: $13,601.12;

   b. Tinsman & Sciano Inc. – Fees: $201,662.85; Costs: $104,027.53; and

   c. Gardner Law Firm – Fees: $80,481.30; Costs: $1,094.35.
3. The parties are hereby directed to perform pursuant to the terms of the Settlement Agreement;

4. The parties are further directed, upon completion of terms 11 and 12 in the Settlement Agreement, to promptly file a Joint Stipulation of Dismissal.

So Ordered.

Dated: ____________________ ________________________________
JUDGE EMILY HEWITT