# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: February 8, 2008)

| | |
|---|---|
| JOHN W. BULL, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER APPROVING SETTLEMENT AND AWARDING FEES AND COSTS

This matter came before the court on the Joint Motion of plaintiffs, John Bull, et al., and defendant, the United States (Joint Motion) seeking approval of the Settlement Agreement attached as Exhibit A to the parties' Joint Motion. The court has considered all papers filed and, good cause appearing, the following is hereby Ordered, Adjudged and Decreed by the court:

1. The parties' Joint Motion for approval of the settlement, filed February 4, 2008, is GRANTED and the settlement is approved;
2. Statutory attorney fees and costs are awarded pursuant to 28 U.S.C. § 216(b) in the following amounts as reasonable, necessary, fair, and appropriate compensation to plaintiffs' attorneys for their services on behalf of the plaintiffs in this litigation:

a. Kern Law Firm - Fees: $1,360,656.25; Costs: $13,601.12;
b. Tinsman & Sciano Inc. - Fees: $201,662.85; Costs: $104,027.53; and
c. Gardner Law Firm - Fees: $80,481.30; Costs: $1,094.35.

3. The parties are hereby directed to perform pursuant to the terms of the Settlement Agreement;
4. The parties are further directed, upon completion of terms 11 and 12 in the Settlement Agreement, to promptly file a Joint Stipulation of Dismissal.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge