# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: August 19, 2008)

| | |
|---|---|
| JOHN W. BULL, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On February 8, 2008, this court entered its Order Approving Settlement and Awarding Fees and Costs (Order). The Order directed the parties "upon completion of terms 11 and 12 in the Settlement Agreement, to promptly file a Joint Stipulation of Dismissal." No such filing has been made. The parties shall, if a Joint Stipulation of Dismissal has not then been filed, contact the court on or before Thursday, August 21, 2008, to schedule a telephonic status conference (TSC) to report to the court on their progress toward full compliance with the Order.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge