# In the United States Court of Federal Claims

No. 01-56 C

(E-Filed: August 21, 2008)

| | |
|---|---|
| JOHN W. BULL, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the August 20, 2008 Order of the court, the parties' attorneys contacted the court on August 21, 2008. The court conducted an informal status conference to discuss the progress of settlement.

The parties shall, if a Joint Stipulation of Dismissal has not then been filed, contact the court on or before Thursday, September 18, 2008, to schedule a telephonic status conference (TSC) to report to the court on their progress toward full compliance with the Settlement Agreement.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge